JEAN G. POSWICK, Respondent, *v.* RULOFF E. CUTTEN et al., Individually and as Copartners under the Name of E. F. HUTTON & COMPANY, et al., Appellants, Impleaded with Others.

Argued April 26, 1940; decided June 11, 1940.

*Arthur M. Boal* for Ruloff E. Cutten et al., appellants.

*Ralph B. Neuburger* and *John J. Corwin* for respondent.

Order affirmed, with costs, and questions certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.